JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW FLETCHER, | ) | NO. CV 09-9115-JFW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LARRY SMALL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 4, 2013.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE